THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD. A. WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:08-CV-658-WHA |
| ) | [WO] |
| ) | |
| JEFFERY KELLER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 12, 2008, the Magistrate Judge filed a Recommendation (Doc. 3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 3) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Petitioner's failure to comply with court's orders.

An appropriate judgment will be entered.

Done this 30th day of September, 2008.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE