THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD. A. WALKER, | ) |
| Petitioner, | ) ) ) |
| v. | ) 2:08-CV-658-WHA ) [WO] |
| JEFFERY KELLER, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of September, 2008.

SENIOR UNITED STATES DISTRICT JUDGE